PROBATION FORM NO. 35
(D/SC 5/12)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE

### District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carroll W. Easterling | ) | Crim. No. 4:05CR001031-01 |

On January 24, 2007, the above named was placed on supervised release for a period of five years years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*M. Odom*

Vernon M. Odom
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _27_ day of _February_, 20_13_.

*Terry L. Wooten*

The Honorable Terry L. Wooten
United States District Judge